**Form odc13grL**

# United States Bankruptcy Court
Eastern District of Louisiana

IN RE:
  Opal Graves                                           CASE NO. 08–11672
  Kim Garner

DEBTOR(S)                                   CHAPTER 13   SECTION A

## ORDER

### Failure to Make a Payment within 30 days

      The Motion to Compel Compliance Or Alternatively, Motion to Dismiss Case filed by Trustee came up for hearing on the 23rd day of February, 2010;

    Present at the hearing were:

    Andrew Wiebelt, II, Attorney for Trustee

    Elisabeth D. Harrington, Counsel for Debtor(s)

    Objection to the Motion having been filed by Counsel for Debtor(s);

      The Court having considered the merits of the Motion, the Objection thereto, the arguments of the Trustee and Counsel for Debtor(s) as well as the evidence, stipulations and representations of both;

    **IT IS ORDERED,** that the Motion to Compel Compliance Or Alternatively, Motion To Dismiss Case is **GRANTED** and this case is **DISMISSED**.

    **IT IS FURTHER ORDERED,** that the automatic stay pursuant to 11 U.S.C. §362 is vacated and set aside.

    New Orleans, Louisiana, February 25, 2010.

                                                                     Hon. Elizabeth W. Magner
                                                                   United States Bankruptcy Judge